**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHARMAIN LOUISE BERGMANN, ) | NO. ED CV 10-0501 PSG (FMO) |
| Petitioner, ) | |
| v. ) | **JUDGMENT** |
| JAVIER CAVAZOS, Warden, ) | |
| Respondent. ) | |

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: **11/23/2010**.

                                           **PHILIP S. GUTIERREZ**
                                            PHILIP S. GUTIERREZ
                                     UNITED STATES DISTRICT JUDGE